Generated: Oct 14, 2026 12:30PM



# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Oct 14, 2026 12:30PM

Jeremy E. Davis

Rcpt. No: 200022269 Trans. Date: Oct 14, 2026 12:30PM Cashier ID: #RG (4937)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $405.00 |

**Comments**: 2:26-cv-03361-GMN-EJY

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.