Exhibit A

**DEPARTMENT OF THE ARMY**
D co. 3-2nd Aviation Regiment (GSAB)
Unit # 15761
APO AP 96271-5761

EAAV-3BN-D 20-Feb-08

MEMORANDUM THRU Commander 3-2d GSAB

FOR: Commander, Warrior Transition Unit

SUBJECT: Commander's Statement, SSG Daniels, Jeremy E.,

1. Request SSG Daniels be reassigned to the Medical Processing Company (MPC), Warrior Transition Brigade, effective 15 Feb 08.

2. PAST HISTORY:

a. SSG Daniels medical condition began during his last rotation to Iraq. He is a CH-47 Helicopter Repairer, which requires climbing, lifting and frequent manual labor. Over the past year and seven months, he was on 90-day limited duty profiles on seven occasions. He has been put on a extremely limited permanent profile.

b. SSG Daniels condition has only worsened. He has lost complete feeling in both arms. He had a head MRI done Jul 07 which did not show any lesions in his head. Feb 08 he had another MRI of his head done which found multiple active lesions that were not present before.

c. Later, SSG Daniels was diagnosed with Demyelinative Disorder and has been confirmed with two different head MRI's, one c-spine MRI, multiple blood tests, and a lumbar puncture. Because of his in ability to climb, hold tools with out dropping them and lack of balance, he was assigned as the company orderly room NCOIC. He was then referred to the PEB process by the hospital staff 20 Jan 08. Medications have not lessened any of the symptoms he is experiencing.

3. PRESENT CONDITION:

a. SSG Daniels remains well motivated, and provides the leadership characteristics of his grade but is limited physically.

b. As a CH-47 Medium Helicopter Repairer, SSG Daniels physical condition prevents him from performing his duties. He has made every effort to rehabilitate himself. The 121 hospital staff concludes that the Demyelinative Disorder is not curable. I ask that he be reassigned to the Warrior Transition Brigade MPC, and be processed through the Physical Evaluation process.

DEPARTMENT OF THE ARMY
D Company, 3-2d Aviation
Unit #15761
APO AP 96271-5761

EAAV-3BN-D

20-Feb-08

Memorandum thru Physical Evaluation Board Liaison Officer
For: President, Physical Evaluation Board

SUBJECT: Commander's Performance and Personnel Statement, SSG Daniels, Jeremy E.,

1. SSG Daniels, Jeremy E. is a 27 year old male, assigned to D co. 3-2d GSAB. Soldier's primary MOS is 15U30. This Soldier was injured or began complaining of this problem on 01 Jul 06. It began with 4th nerve palsy in his left eye while serving at Camp Anaconda, Iraq. Upon returning from Iraq back to FT Campbell, KY 20 Oct 06 he lost feeling in his finger tips. While attending WLC at FT Bragg in Jan 07 he lost complete feeling in both hands and partial balance control. April 07 he was assigned here in Korea. The Soldier arrived with loss of feeling in both arms from shoulder to finger tips, from knees to toes, and extreme balance issues. Since being assigned here his complaints are uncontrollable shaking and inability to hold still. He has had two head MRI's the latest showing multiple lesions in the matter surrounding the brain; and one c-spine MRI showing lesions of the spinal cord along with inflammation of the entire spinal cord.

2.a. Soldier is not performing duties in his/her MOS and is not in an appropriate TO&E or TDA position for his grade and MOS. Soldier's current 333111 is due to Demyelinative Disorder. SSG Daniels, Jeremy E. can not perform his/her assigned MOS duties in this unit. The Soldier is currently serving as the unit orderly room NCOIC, SSG Daniels is an outstanding administrative clerk that has adapted well. Soldier's assignment limitations are: clerical or administrative position. Soldier's medical condition/limitations have little to no affect on this unit.

2.b. **Address the items contained within 2.b. below if any of the Soldier's conditions are a psychiatric disorder or traumatic brain injury.**
No Limitations

3. Soldier's profile restrictions limit his ability to perform the critical stated MOS tasks below: (list applicable tasks)
   a. Soldier is unable to climb the Aircraft safely
   b. Soldier is unable to determine texture
   c. Soldier is unable to maintain positive control of tools

332nd EMDG (ED) EMERGENCY CARE AND TREATMENT MEDICAL RECORD

ARRIVAL TIME: 1755
DATE: 27 Mar 06
LOG#:

TRANSPORTATION: Ground Tactical ☐ Ground Ambulance ☒ Air Rotor ☐ Other: ☐

CHIEF COMPLAINT: Blurred vision

TETANUS: UTD / > 5yrs / none

ALLERGIES: NKDA ☐ PCN's, Lidocaine, Xylocaine

CURRENT MEDICATIONS: (–)

NON-URGENT ☐ URGENT ☐ EMERGENT ☐

SEX: (M) F
AGE: 25
TIME SEEN BY PROVIDER: 1755

VITAL SIGNS

| | | | | |
|---|---|---|---|---|
| TIME: | 1756 | | | |
| BP: | 134/78 | | | |
| HR: | 84 | | | |
| RESP: | 18 | | | |
| TEMP: | 98.5 | | | |
| % O2: | 98 | | | |
| PAIN: | | | | |

ORDERS:

| ORDERS | INIT | TIME |
|---|---|---|
| | | |

NOTES:

S: AD 25yo ♂ c/o double vision isolated to O.S. x 24°, seen at TMC referred to optometry then here for "emergency ophthalmology" consult. No hx of trauma, recent illness. Has been reading and doing a lot of computer work recently. ∅ HA

PMH (–)

Occ Hx Chinook mechanic

O: HEENT (–) EOMI
Neck supple nontender
Lx CTA
Neuro CN II - XII intact

A: Diplopia

studies
Head CT c̄ contrast per Dr Cho

R 20/40

L 20/70

– Consult c̄ Dr Cho
Follow up in clinic @ 1300 tomorrow.

ASSESSMENT/DIAGNOSIS: Diplopia r/o 4th CN palsy

DISPOSITION:
HOME ☒ QUARTERS: 24 ☐ 48 ☐ 72 ☐
DUTY: ☐
MOD DUTY UNTIL: ____

REFERRED TO: ____
EMERGENCY ___ TODAY ___ 72 ___ ROUT ___
ADMITTED: ____ SERVICE: ____
REPORT GIVEN TO: ____
CONDITION UPON RELEASE:
IMPROVED ___ UNCHANGED ___ DETERIORATED ___
TIME OF RELEASE:

PATIENT IDENTIFICATION:
NAME/GRADE: Daniels, Jeremy
SSN: 9814
DOB:
UNIT:
LOCATION:

PROVIDER SIGNATURE: David Bristow, PA-C, CPT USAR

PATIENT INSTRUCTIONS: Return to ophthamology clinic tomorrow @ 1300 as instructed by Dr Cho

FOLLOW-UP: TMC / EMEDS / USUAL PROVIDER

LTUM FORM 558

# 332 AFTH, Ophthalmology
## Balad AB, Iraq

**Date:** 28 March 06

**S) CC:** 25 yo AD ♂ c̄ 2 day h/o binocular diplopia, worse w/ reading. ⊖ blurred vision, pain, photophobia ⊖ recent trauma

**O)** cc (sc) **D/N VA** < 20/30 → 20; 40 → 20-2

**OU dilated @** 1432

**Pupils:** 4→2 2+; 4→2 2+ ⊖APD **Tp** < 13; 17

**Allergies:** ~~NKA~~ PCN, Xylocaine, Lidocaine

**Motility:** ortho ← ; → 6° LHT

**VF:**

**External:** ? (L) facial hypoplasia

**SLE:** CT/ACT: 3° LHT

**OD** 8° LHT | 3° LHT | 2° LHT; 6° EXT; 5° LHT

**OS**

**Meds:** Ø

**LLL** WNL

**CS** white & quiet

**K** clear

**AC** deep & quiet

**I** flat

**L** clear

**Ant Vit** clear

Head CT - nl

**FHx:** Bright's Disease

**DFE:** **OD** **OS**

C/D 0.3; 0.3

healthy rims

M/V/P nl OU

**PMHx:** Ø





**POHx:** Trauma OU in 2001.

**A/P)** (L) IVth CN palsy - ? h/o trauma, nl head CT
- To optometry for MR & specs c̄ ground-in prism (5Δ BD OS)
- F/U 4 wks.

**Pt Name:** Daniels, Jeremy
SSN/Pt #: 9814
**Svc/Other:** Army / E5
1980

Raymond I. Cho, MD
MAJ (P), MC, USA

Mark E. Reynolds, MD
MAJ, MC, USA

# Microbiology Report

Air Force Theater Hospital Laboratory, Balad AB Iraq DSN 318-443-8529

| | | | | | |
|---|---|---|---|---|---|
| Name: | | Specimen: | 6 JUL 06 M 1014 | Status: | Final |
| Patient ID: | 9814 | Source: | WOUND | Collected: | |
| Ward/Rm: | / | Ward of Iso: | TMC | Attd. Phys: | |

1 Staphylococcus aureus Status: Final

**1 S. aureus**

| Drug | MIC | Interps | Drug | MIC | Interps |
|---|---|---|---|---|---|
| Amox/K Clav (c,d) | <=4/2 | S | | | |
| Amp/Sulbactam (c,d) | <=8/4 | S | | | |
| Ampicillin | >8 | BLAC | | | |
| Azithromycin | <=2 | S | | | |
| Cefazolin | <=8 | S | | | |
| Cefepime | <=8 | S | | | |
| Cefotaxime (c,e) | <=8 | S | | | |
| Ceftriaxone (c,e) | <=8 | S | | | |
| Cephalothin | <=8 | S | | | |
| Chloramphenicol | <=8 | S | | | |
| Ciprofloxacin | 2 | I | | | |
| Clindamycin | <=0.5 | S | | | |
| Erythromycin | <=0.5 | S | | | |
| Gatifloxacin | <=2 | S | | | |
| Gentamicin | <=4 | S | | | |
| Imipenem (c) | <=4 | S | | | |
| Levofloxacin | <=2 | S | | | |
| Linezolid | 4 | S | | | |
| Moxifloxacin | <=2 | S | | | |
| Nitrofurantoin | <=32 | | | | |
| Norfloxacin | >8 | | | | |
| Ofloxacin | <=2 | S | | | |
| Oxacillin | <=0.25 | S | | | |
| Penicillin | >8 | BLAC | | | |
| Pip/Tazo (a,d) | <=4 | S | | | |
| Rifampin | <=1 | S | | | |
| Synercid | <=1 | S | | | |
| Tetracycline | <=4 | S | | | |
| Trimeth/Sulfa | <=2/38 | S | | | |
| Vancomycin | <=2 | S | | | |

S = Susceptible
I = Intermediate
R = Resistant
MIC = mcg/ml (mg/L)

N/R = Not Reported
— = Not Tested
TFG = Thymidine-dependent strain

Blank = Data not available, or drug not advisable or tested
ESBL = Extended spectrum beta-lactamase
Blac = Beta-lactamase positive

R* = Resistance due to extended spectrum beta-lactamases (ESBL)
EBL? = Suspected ESBL. Confirmatory tests needed to differentiate ESBL from other beta-lactamases.
IB = Inducible Beta-lactamase. Appears in place of "Susceptible" with species known to possess inducible beta-lactamases; potentially they may become resistant to all beta-lactam drugs. Monitoring of patients during/after therapy is recommended. Avoid other/combined beta-lactam drugs.

For blood and CSF Isolates, a beta-lactamase test is recommended for Enterococcus species.

(a) Use maximum doses of drug with an aminoglycoside for P. aeruginosa in patients with granulocytopenia or serious infections.
(b) Breakpoints based on parenteral dose. The cefuroxime axetil (PO) breakpoints for Enterobacteriaceae and staphylococci are <8=S, 8-16=I, >16=R, and for S. pneumoniae are <2=S, 2=I, >2=R.
(c) Refer to the penicillin interpretation when an interpretation is not reported for streptococci.
(d) Refer to the penicillin interpretation for non beta-lactamase producing enterococci.
(e) Breakpoints are based on S. pneumoniae isolated from patients with meningitis. Breakpoints are <2=S, 2=I, >2=R for non-meningitis infections.

Interpretive breakpoints are based on NCCLS M100-S14 Jan 2004. Sparfloxacin (for Gram negative isolates) and moxifloxacin are based on FDA approved breakpoints.

| | | | | | |
|---|---|---|---|---|---|
| Name: | | Specimen: | 6 JUL 06 M 1014 | Status: | Final |
| Patient ID: | 9814 | Source: | WOUND | Collected: | |
| Ward/Rm: | / | Ward of Iso: | TMC | Req. Phys: | |

Printed 7/6/2006 8:37:21 AM  Tech: ______________

Teremy E. Daniels. SSG 9814

Continued.

treatment since placement on the TDRL or last TDRL reevaluation. Failure to comply with this requirement may result in termination of disability retired pay.

d. Keep the USAPDA informed of major changes to your medical condition. You or your treating physician may request re-evaluation prior to the scheduled time due to dramatic changes (example: you feel you are fit to re-enter active service) by requesting an early evaluation from the address or phone number given above.

e. You are further informed that while on TDRL, although your disability is presently rated at the percent shown above, your retired pay will be computed IAW AR 635-40, paragraph C-10, and C-12. Your PEBLO will explain the difference. Note that retired pay is normally computed using the method most favorable to the Soldier.

For purposes of determining minimum years of service for computing current, or future, severance pay entitlement, the onset and/or incurrence of the unfitting condition is deemed to have been in a combat zone or during the performance of duty in combat-related operations as designated by the Secretary of Defense (10 USC 1212 -- NDAA 2008 Sec 1646).

Since you have service-connected medical conditions, you should contact a Department of Veterans Affairs counselor to learn about available benefits such as disability compensation, rehabilitation programs, insurance programs, employment assistance, home loans, and medical care benefits. You must start the action! None of the above benefits are automatic.

You are advised that a member of an armed force may not be required to sign a statement relating to the origin, incurrence, or aggravation of a disease or injury that he/she has.

9. THE BOARD FINDS THE SOLDIER IS PHYSICALLY UNFIT AND RECOMMENDS A COMBINED RATING OF: 30%

AND THAT THE SOLDIER'S DISPOSITION BE: Placed on temporary disability retired list with reexamination during JAN, 2010

10. IF RETIRED BECAUSE OF DISABILITY, THE BOARD MAKES THE RECOMMENDED FINDING THAT:

A. THE SOLDIER'S RETIREMENT IS NOT BASED ON DISABILITY FROM INJURY OR DISEASE RECEIVED IN THE LINE OF DUTY AS A DIRECT RESULT OF ARMED CONFLICT OR CAUSED BY AN INSTRUMENTALITY OF WAR AND INCURRING IN LINE OF DUTY DURING A PERIOD OF WAR AS DEFINED BY LAW.

B. EVIDENCE OF RECORD REFLECTS THE SOLDIER WAS NOT A MEMBER OR OBLIGATED TO BECOME A MEMBER OF AN ARMED FORCE OR RESERVE THEREOF, OR THE NOAA OR THE USPHS ON 24 SEPTEMBER 1975.

C. THE DISABILITY DID NOT RESULT FROM A COMBAT RELATED INJURY AS DEFINED IN 26 U.S.C. 104.

11. EXHIBITS (identify each)

| | |
|---|---|
| A. Appointing Orders | E. NCOERs |
| B. Medical Board Proceedings | F. APFT Memo |
| C. Pers Cert | G. ERB |
| D. Cdr's Stmt | H. LES |

| 12. TYPED NAME, GRADE, BRANCH OF PRESIDENT | SIGNATURE | DATE |
|---|---|---|
| For JOHN M. O'SULLIVAN, Colonel, FA | DAC | 08.06.19 |

A FORM 199, JUN. 97

MAK

**PHYSICAL EVALUATION BOARD (PEB) PROCEEDINGS**
For use of this form, see AR 635-40; the proponent agency is USAPDA

| 1. NAME (Last, First, Middle Initial) | 2. RANK | 3. PEBD: | BASD: |
|---|---|---|---|
| Daniels, Jeremy E. | SSG | 99.05.12 | 99.05.12 |

| 4. SOCIAL SECURITY NUMBER | 5. PMOS | 6. BRANCH / COMPONENT |
|---|---|---|
| 9814 | 15U30 | Active Duty Regular Army |

7. THE PEB CONSISTED OF THE INDIVIDUALS INDICATED IN EXHIBIT A

| DATE CONVENED | AT (Location including ZIP Code) |
|---|---|
| 08.06.19 | Fort Lewis WA 98431-5303 |

8. THE BOARD CONSIDERED THE MEMBER'S CONDITION DESCRIBED IN THE RECORDS. EACH DISABILITY IS LISTED BELOW in descending order of significance

c. Intentional misconduct, willful neglect or unauthorized absence
d. While entitled to basic pay (Incurred or aggravated)
e. In LD in the time of national emergency or after 14 SEP 78 (Incurred or aggravated)
f. Proximate result of performing duty
g. Recommended disability percentage

| VA CODE a | DISABILITY DESCRIPTION b | c | d | e | f | g |
|---|---|---|---|---|---|---|
| 8099 8018 | Demyelinating disorder rated analogous to multiple sclerosis. Diplopia, photosensitivity and decreased vision with onset in March 2006, while deployed in Iraq, underwent rapid resolution but followed by ascending symptoms of tingling, numbness, clumsiness first in the hands and arms followed by the feet and legs. Symptoms concurrent with white matter changes in MRI in the brain and spinal cord. There were no oligoclonal bands in the spinal fluid although there was increased IgG index in the spinal fluid. Soldier has been treated as presumptive multiple sclerosis with steroids and will start Copaxone by subcutaneous injection on a daily basis. Residual findings at this time are continued clumsiness with paresthesias of the arms and legs. Soldier is able to take care of activities of daily living and symptoms have not worsened on current therapy. Strength and function of the extremities remain intact although not optimal. Soldier is unable to accomplish common Soldier and PMOS tasks due to neurologic symptoms and profile restrictions caused by his demyelinating disease, probable multiple sclerosis, rated at minimal rating as rating for unfitting residuals would not exceed 30%, and recommended to TDRL due to its unstable nature in early treatment phase. (MEBD Dx 1 & NARSUM)<br><br>Your functional limitations in maintaining the appropriate level of adaptability, caused by the physical impairments recorded above, make you medically unfit to perform the duties required of a Soldier of your rank and primary specialty.<br><br>Conditions listed as medical board diagnoses #2, 3, were determined to meet retention standards by the MTF. Further, consideration by the PEB found the conditions to be not unfitting and therefore not ratable. The DoD PDES may only rate an illness or injury that is service-incurred or permanently aggravated by military service and would cause the Soldier to be separated or retired. Although the PDES cannot compensate you for these conditions, you may still apply for a disability rating for them through the Department of Veterans Affairs (DVA), since they operate under different regulations and guidelines and may compensate any service- connected condition even if not unfitting at the time of separation.<br><br>Your impairments are rated at a disability level of 30 percent or more, but are such that a permanent evaluation is not yet possible. You are therefore placed on the Temporary Disability Retired List (TDRL). As a Soldier on the TDRL, you must:<br>a. Keep the US Army Physical Disability Agency (USAPDA) informed of your current mailing address. Failure to do so will result in a termination of your retired pay. The address to update USAPDA is Commander, US Army Physical Disability Agency, ATTN: AHRC-DPD-B, Building 7, Walter Reed Army Medical Center, 6900 Georgia Ave NW, Washington, DC 20307-5001.<br>b. Report for scheduled examinations where and when directed. Failure to report will result in the termination of your retired pay. If you must reschedule your appointment, do so through the address above or by calling (202)782-1991 or DSN 662-1991.<br>c. While on TDRL it will be your responsibility to maintain medical evidence to be presented to the next Physical Evaluation Board. <u>You must furnish the examining physician copies of all medical records (civilian, Department of Veterans Affairs and all military medical records) documenting</u> | N | Y | Y | Y | 30% |

FORM 199, JUN. 97

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

**1. NAME** *(Last, First, Middle)*: DANIELS, JEREMY EMIL
**2. DEPARTMENT, COMPONENT AND BRANCH**: ARMY/RA
**3. SOCIAL SECURITY NUMBER**: XXXX XX 9814

**4a. GRADE, RATE OR RANK**: SSG
**b. PAY GRADE**: E06
**5. DATE OF BIRTH** *(YYYYMMDD)*: 1980XXXX
**6. RESERVE OBLIGATION TERMINATION DATE** *(YYYYMMDD)*: 00000000

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**: SEATTLE, WASHINGTON
**b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*: 1318 ROSE STREET CENTRALIA WASHINGTON 98531

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**: WT CO C (WARRIORS) MC
**b. STATION WHERE SEPARATED**: FORT LEWIS, WA 98433-5000

**9. COMMAND TO WHICH TRANSFERRED**: N/A
**10. SGLI COVERAGE** [ ] NONE — **AMOUNT**: $400,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*
15U30 CH-47 HELICOPTER REP - 8 YRS 9 MOS//
NOTHING FOLLOWS

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 1999 | 05 | 12 |
| b. SEPARATION DATE THIS PERIOD | 2008 | 09 | 25 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0009 | 04 | 14 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| f. FOREIGN SERVICE | 0002 | 11 | 07 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. EFFECTIVE DATE OF PAY GRADE | 2007 | 11 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*
ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY ACHIEVEMENT MEDAL (2ND AWARD)//MERITORIOUS UNIT COMMENDATION (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (3RD AWARD)//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//KOREAN//CONT IN BLOCK 18

**14. MILITARY EDUCATION** *(Course title, number of weeks, and month and year completed)*
AIR ASSAULT, 2 WEEKS, 2000//COMBAT LIFE SAVERS CRS, 1 WEEK, 2001//ENVIRONMENTAL MANAGEMENT CRS, 1 WEEK, 2002//ENVIRONMENTAL PROCTECTION/INDIVIDUAL TRNG, 1 WEEK, 2002// /TECHNICAL TRANSPORTATION OF HAZARDOUS MATERIALS CRS, 2 WEEKS, 2003//WARRIOR LEADER CRS, 4 WEEKS, 2007//NOTHING FOLLOWS

**15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM** — YES [ ] NO [X]
**b. HIGH SCHOOL GRADUATE OR EQUIVALENT** — YES [X] NO [ ]

**16. DAYS ACCRUED LEAVE PAID** 1
**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION** — YES [ ] NO [X]

**18. REMARKS** //////////////////////////////////////////////////////////////////////////////////////
IMMEDIATE REENLISTMENTS THIS PERIOD -- 19990512-20050127, 20050128-20051116, 20051117-20080925//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 19990426-19990511//SELECTIVE REENLISTMENT BONUS PAID: $8269.87, 20050128//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA //SERVICE IN IRAQ FROM 20030301-20040229 AND 20051003-20061008//OVERSEAS SERVICE BAR (4)// IRAQ CAMPAIGN MEDAL W/2 BRONZE SERVICE STARS//ADDITIONAL SKILL IDENTIFIER 2B (AIR ASSAULT) //US FLAG ISSUED//CONT FROM BLOCK 13: DEFENSE SERVICE MEDAL//NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (3RD AWARD)// BASIC AVIATION BADGE//AIR ASSAULT BADGE//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**19a. MAILING ADDRESS AFTER SEPARATION** *(Include ZIP Code)*: 701 H STREET APT #W CENTRALIA WASHINGTON 98531
**b. NEAREST RELATIVE** *(Name and address – include ZIP Code)*: GLORIA DANIELS 108 CARL SANDBURG CENTRALIA WASHINGTON 98531

**20. MEMBER REQUESTS COPY 6 BE SENT TO** WA **DIRECTOR OF VETERANS AFFAIRS** — YES [X] NO [ ]

**21. SIGNATURE OF MEMBER BEING SEPARATED**: [signature]
**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*: [signature] LUCIAN W MCLEMORE, GS07, LEAD HUMAN RESOURCE ASSISTANT

## SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**: RETIREMENT
**24. CHARACTER OF SERVICE** *(Include upgrades)*: HONORABLE
**25. SEPARATION AUTHORITY**: AR 635-40, PARA 4-24B (2)
**26. SEPARATION CODE**: SFK
**27. REENTRY CODE**: 4
**28. NARRATIVE REASON FOR SEPARATION**: DISABILITY, TEMPORARY
**29. DATES OF TIME LOST DURING THIS PERIOD** *(YYYYMMDD)*: NONE
**30. MEMBER REQUESTS COPY 4** *(Initials)*: JED