Exhibit B

# VA REFERRAL

2 messages

**Michel Daccache** <nevadaoralsurgeon@gmail.com> Fri, Sep 4, 2026 at 9:53 AM
To: jdaniels807@gmail.com <jdaniels807@gmail.com>

**Nevada OMS**
***Michel Daccache DDS, FACS***

---

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (702-750-9444 or 702-436-0900), and then delete this message.

**Jeremy Daniels RF.pdf**
809 KB

**Jeremy Daniels** <jdaniels807@gmail.com> Thu, Sep 10, 2026 at 5:09 PM
To: JBrunoPhotographer@gmail.com

[Quoted text hidden]

**Jeremy Daniels RF.pdf**
809 KB

**(no subject)**
1 message

**Jeremy Daniels** <jdaniels807@gmail.com> Mon, Oct 12, 2026 at 7:18 AM
To: Jeremy Daniels <jdaniels807@gmail.com>


Delivered-To: jdaniels807@gmail.com
Received: by 2002:a05:7010:ef93:b0:534:3205:41f6 with SMTP id pp19csp3013636mdb; Fri, 4 Sep
2026 09:53:59 -0700 (PDT)
X-Received: by 2002:a05:620a:6019:b0:939:7e0b:85f1 with SMTP id af79cd13be357-
939804ef4bcmr816489485a.45.1788540838544; Fri, 04 Sep 2026 09:53:58 -0700 (PDT)
ARC-Seal: i=2; a=rsa-sha256; t=1788540838; cv=pass; d=google.com; s=arc-20260327;
b=fZ7yb+Rf9WthKqvXwjM9OeWIu/iGdnczHVlYILdpS2Y7/dugX6Rqo1TNz2lhXdxpxn 9KffZDl5I9sZM8qgT6jJusY+
DJW3oyNEEYdFeqBg1QzbiGpS5MNYje6ov5jZG6korEBn SwbW8HAdGewrYbGcpB4ZlsgLQwtKrW
c4wzyZ0FPMr1VjN41lL6vNXULdGqX4Ov1CCAzN mLh0VEALtOUEOrr1PS7atK4M33mH/
v31aTghWwBPE8N7d0q9oFm10imPLSnRZzyIuJul br15/UjdtCRImcAcbmmgoKY5NpuU7kRTa4v
2LSd3Ho046z62llGx8UylhdCGqDeNgy94 ++PQ==
ARC-Message-Signature: i=2; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20260327;
h=to:subject:message-id:date:from:mime-version:dkim-signature; bh=Ze44Lk+
YO7f0cKmZqQuq7gtPPAA7+qtrh/bUjn8oWa8=; fh=nz6kh1IUcJbiWx9mIxcqBPcqVI+IMa9F4UxBlAXSmIk=; b=
VgPGGHy6IDMoVm1nUZZ9kIOMngfKixrpCsrYjT64xjNsdXsyk/Dgt5vh+gn9KIaqpr
9EK0EasEMs5o0AeuSjDafKJRCcAEq9i5wOjprv8cOUmTgEon7HZoRGXfKl9p1BL3sI3+ f7yZx4cU/
x5ygqwCoI35VKRDVVMtWPNyG7q5HPfdn9pg6TNyuTt2Fvq3MnHcMztLPwsG lIIRMatWD2ln4P1lOJVrV5l1dGbCVJtH7g+
34ZFfZAHZCKNhPyY8YlF0tZv60YrTRMw8 800kAXCTIYYZEOwrLz3RV/Ro5nok0BFW6DHrTchti1EWw5Kmz4M1
j8QOs6+2pPj67o/M 79BQ==; dara=google.com
ARC-Authentication-Results: i=2; mx.google.com; dkim=pass header.i=@gmail.com header.s=20251104
header.b=LDhxwgLb; arc=pass (i=1); spf=pass (google.com: domain of nevadaoralsurgeon@gmail.com
designates 209.85.220.41 as permitted sender) smtp.mailfrom=nevadaoralsurgeon@gmail.com;
dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com; dara=pass header.i=@gmail.com
Return-Path: <nevadaoralsurgeon@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41]) by
mx.google.com with SMTPS id 6a1803df08f44-910406bc218sor23201136d6.7.2026.09.04.09.53.58 for
<jdaniels807@gmail.com> (Google Transport Security); Fri, 04 Sep 2026 09:53:58 -0700 (PDT)
Received-SPF: pass (google.com: domain of nevadaoralsurgeon@gmail.com designates 209.85.220.41
as permitted sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com; dkim=pass header.i=@gmail.com header.s=20251104
header.b=LDhxwgLb; arc=pass (i=1); spf=pass (google.com: domain of nevadaoralsurgeon@gmail.com
designates 209.85.220.41 as permitted sender) smtp.mailfrom=nevadaoralsurgeon@gmail.com;
dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com; dara=pass header.i=@gmail.com
ARC-Seal: i=1; a=rsa-sha256; t=1788540838; cv=none; d=google.com; s=arc-20260327; b=
DdC8VJmTuqqEyi9WRHYAh9j4L2EyZdpiGEr7JnrPv2kgwConmFVLtPFystoxDqPCEB
px/AbPz1JLpkYitm7WEyla3OOK6D+RvpWLnpOUnsWgwAFbGfd3lkYh49f4miH9nAytpc
U/+IfaIhPBN2DKW7yXcdDZ1PIa7+2vv1kKBVqZe+WJyI4V9vhh1S+A0zrS7XyoWZIkLD PyV9yhle3g23c6/
OkkEEIOz4epVjywi8w+8WQTFISyjYURnrvuxjHitAJFd6+EDzRFu5 OclVGjHe20417j8hM+8Lo+
OilYAgU98n/xqiJGJWg6Ip5iHJYBT+ZEQZ+uq53oa+RCzd zoQw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20260327;
h=to:subject:message-id:date:from:mime-version:dkim-signature; bh=Ze44Lk+
YO7f0cKmZqQuq7gtPPAA7+qtrh/bUjn8oWa8=; fh=nz6kh1IUcJbiWx9mIxcqBPcqVI+IMa9F4UxBlAXSmIk=;
b=fEODv9kgfgDzt/TFjzf+whVbD+LmeItDx2PAry6Y/aqc6tYRwGgNNB9o1crSCRmR5X zWhW2oIE161i8SKmIV8f7Y5/
LIVgEn9S82eGwF+cOwg+aXyuKs3jhBHcRNSOqsdGOAJn O+7SYqKZHGW2oR4TPIP7ZvVnvNOoSWs/
Q3GT9h5DzIEswpg8lLp92zBCBHwSX9og4Fbo 4aY2SKzicLgzf8pnhmCh0CEamqzYBwVibgKe4s6VIy6H2kd+
6c4IgdqLTxUR6tmbs73/ pjkVNDuvMqecWHw4glPOmpqvjB5OxgKtUOLLqJw9OlTN/2xlOSKhp6dB+T1hCXBAredI
oR1Q==; dara=google.com
ARC-Authentication-Results: i=1; mx.google.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20251104; t=1788540838;
x=1789145638; dara=google.com; h=content-type:to:subject:message-id:date:from:mime-
version:from:to :cc:subject:date:message-id:reply-to:content-type; bh=Ze44Lk+
YO7f0cKmZqQuq7gtPPAA7+qtrh/bUjn8oWa8=; b=LDhxwgLbqv6bAcYcr6m8sY8iXz3OU/
1qQjhZPGzQ/MsRhvYuefpauglT2ur+hlAQON +goRYdJ85gma3WxQwFDp27yeo9XhHqj
WXxPwUn3Ba7WVHh6AYq8kxAOZdBtx2XAhB9CC yXii/t3TnlbFeJ4CatxXmXLu7xvY7U2ApDfAcJW+
hnkGTbHyYWGLP1Na0bRgpbsQrKhd TFlNh6YMPY6JTwCcVUOsvBvFBv9TpOEfZXYBuzFUBPSMRQKm7czmjXraLiVB
JNTBQuPG lh1TDgm7JFIgZmrxHMcnsVXeF07xk/QLVVu5uDUseN+26SQ46efk/FD/8T9tVU7rtDEo gbZg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=1e100.net; s=20251104;
t=1788540838; x=1789145638; h=content-type:to:subject:message-id:date:from:mime-version:x-gm-gg
:x-gm-message-state:from:to:cc:subject:date:message-id:reply-to :content-type; bh=Ze44Lk+
YO7f0cKmZqQuq7gtPPAA7+qtrh/bUjn8oWa8=; b=OHo9ABlMOy3KM2LfqjRbgLJeLh8RMI
zeHRJbshK9tAxLqLyCyXVRvrOwjSVDuIvTGt NkGsw9fKg7qcV+nkfpozb9x5sHajrl6STXhUUZm6F3RY
aic9pU1Jw/7Vx3yzLIn7cTEv tljOdAjdncd1g3iSiGQ4flKGnTh6SFAnE3sfSnthPrMc7ZnZQnecTFKsYOyEFgmxja5y
5CYRDGcG1R+fQc7ET209ibce0LFcn67L70QRFXp0mO6bWI9ZJlQr25Sh/nIrcnOfFtyz
qJMOCg7lwQZjWv4nZ5vlajA3eABeJgkogKebuQ/V6jYgY1zGThOZ+YAUqr7JoNm72ARP QdWA==
X-Gm-Message-State: AFuF++lYutiDM55+84Zpekl8PbGaJ7kUFqHtgBPQiP4bRP4J6vQe/7oi
JhrfBHYEMlLKIUVpQO9gGnZ9I6S41RyAauAHfEtzvYCDt1+m1eQ5JgyWOPNXLmcTWoknj2XDT94 Ts33wZ9qqwhxI/
gMJ7WwEoijOZqDOXb3GcWt5
X-Gm-Gg: AYBFou2z//iN04HGPPUYpA3RGqfZ6UBzM5fwe6kC3B8KbrQCyPBcq5FeYWxbSUBBvFe
HjrqhtD5hTewqL0694H1KUXK+lbOOYNz1KKkqksMq4Bi1F5kWVnicKj4s09faR9n+QQOzL1LWWx
fIrlfyXCZ8owusWLGozY9BAu8bNlu4dNOSj3kMyuUuBM2H+QOLdZoSQEwIB+IGNqh/PxRFuwQe/ L4FHebXSLIjz1syE/
uYxkQcGZBCq0mjxC08wR69h9PevWKQd+4cFMBtEB9MSqWhREU1DaO2Wd5Z TGbmKNBWlPoW5HFesTdDE+sAnKyh7ra0+
beTA6a1QDw13fXrUUmJH+gAJvLNe8Z6y5fucuOszt+ VdosxHkHDBUQkkLXotIaI+f7lgTQ2Mjyv33I8ALLKbLbhT8Toqb2
Wqb1dRogD
X-Received: by 2002:a05:6214:4f01:b0:90e:92e8:d60 with SMTP id 6a1803df08f44-
9103f03fcf7mr93546786d6.19.1788540837299; Fri, 04 Sep 2026 09:53:57 -0700 (PDT)
MIME-Version: 1.0

```
From: Michel Daccache <nevadaoralsurgeon@gmail.com>
Date: Fri, 4 Sep 2026 09:53:45 -0700
X-Gm-Features: AcwNN1UjboCb23ldsvDHcZk0pKMxKT-Hvc_Eax-y4D0Db0bqensVmjx0e4k2Zu4
Message-ID: <CAAo-Tw6RTFV+xgtbDgvhShKdKMb4rVL-KJBjXjNyLsNPGSPOpQ@mail.gmail.com>
Subject: VA REFERRAL
To: "jdaniels807@gmail.com" <jdaniels807@gmail.com>
Content-Type: multipart/mixed; boundary="00000000000046618c065aab1d35"

--00000000000046618c065aab1d35
Content-Type: multipart/alternative; boundary="00000000000046618b065aab1d33"

--00000000000046618b065aab1d33
Content-Type: text/plain; charset="UTF-8"

*Nevada OMS*
*Michel Daccache DDS, FACS*
------------------------------------------------------------------------------------------

This e-mail message and any documents attached to it are confidential and
may contain information that is protected from disclosure by various
federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part
164). This information is intended to be used solely by the entity or
individual to whom this message is addressed. If you are not the intended
recipient, be advised that any use, dissemination, forwarding, printing, or
copying of this message without the sender's written permission is strictly
prohibited and may be unlawful. Accordingly, if you have received this
message in error, please notify the sender immediately by return e-mail or
call (702-750-9444 or 702-436-0900), and then delete this message.

--00000000000046618b065aab1d33
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"ltr"><div><br clear=3D"all"></div><div><div dir=3D"ltr" class=
=3D"gmail_signature" data-smartmail=3D"gmail_signature"><div dir=3D"ltr"><d=
iv dir=3D"ltr"><div dir=3D"ltr"><div dir=3D"ltr"><br></div><div><b>Nevada O=
MS</b></div><div><b><i>Michel Daccache DDS, FACS</i></b></div><div>--------=
-------------------------------------------------------------------------=
----------</div><div><span style=3D"font-family:arial,sans-serif;color:rgb(=
34,34,34);font-size:12px"><br></span></div><div><span style=3D"font-family:=
arial,sans-serif;color:rgb(34,34,34);font-size:12px">This e-mail message an=
d any documents attached to it are confidential and may contain information=
 that is protected from disclosure by various federal and state laws, inclu=
ding the HIPAA privacy rule (45 C.F.R., Part 164). This information is inte=
nded to be used solely by the entity or individual to whom this message is =
addressed. If you are not the intended recipient, be advised that any use, =
dissemination, forwarding, printing, or copying of this message without the=
 sender&#39;s written permission is strictly prohibited and may be unlawful=
. Accordingly, if you have received this message in error, please notify th=
e sender immediately by return e-mail or call (702-750-9444 or 702-436-0900=
), and then delete this message.</span></div></div></div></div></div></div>=
</div>

--00000000000046618b065aab1d33--
--00000000000046618c065aab1d35
Content-Type: application/pdf; name="Jeremy Daniels RF.pdf"
Content-Disposition: attachment; filename="Jeremy Daniels RF.pdf"
Content-Transfer-Encoding: base64
Content-ID: <f_mtn70h0p0>
X-Attachment-Id: f_mtn70h0p0
```