Exhibit C

**URGENT STATUS DEMAND: VA Referral Privacy & Cybersecurity Breach (Ref: VA0062963031)**

2 messages

**Jeremy Daniels** <jdaniels807@gmail.com> Fri, Oct 9, 2026 at 9:46 AM
To: robert_waisanen@rosen.senate.gov, delvin_darien@rosen.senate.gov, Boire, David (Rosen) <David_Boire@rosen.senate.gov>
Bcc: Jeremy Daniels <jdaniels807@gmail.com>

Good morning,

I am following up on my October 2 status demand and my September 27 report of a HIPAA and cybersecurity breach (Referral VA0062963031).

As it has now been a full business week without a response or acknowledgment from your office, please immediately provide:

1. The exact VA Congressional Inquiry Tracking Number assigned to this file.
2. The name and division of the specific VA Congressional Liaison handling the transmission.

Jeremy E. Daniels

Henderson, NV

(360) 878-1769

**Boire, David (Rosen)** <David_Boire@rosen.senate.gov> Fri, Oct 9, 2026 at 3:33 PM
To: Jeremy Daniels <jdaniels807@gmail.com>

Greetings,

Thank you for reaching out to our office for assistance.

As previously mentioned, matters related to your medical or dental care, including appointment and laboratory scheduling, primary and specialty care, bed-related requests, assignment to a new provider, and community care coordination must be addressed directly through your VA care team or the VA Patient Advocate.

For additional assistance, you may contact the VA Southern Nevada Healthcare System Patient Advocate Office at (702) 791-9000, ext. 15436. The Patient Advocate can assist with concerns involving quality of care, appointment or laboratory scheduling, provider concerns, community care coordination, and other issues involving the services you are receiving.

You may also contact the Southern Nevada VA Community Care Office at (702) 791-9066. You may also contact your VA providers, including dental, directly through Secure Messaging on VA.gov.

If you believe your protected health information has been improperly accessed, shared, or disclosed, you may report your concerns directly to the Southern Nevada VA Privacy Office at (702) 791-9083. The Privacy Office is responsible for reviewing and investigating potential violations involving the privacy and security of your medical information. You may also file a formal HIPAA complaint with the U.S. Department of Health and Human Services, Office for Civil Rights (HHS OCR): HHS – Filing a HIPAA Complaint

If you would like to file a formal complaint regarding your care or the actions of VA personnel, you may submit a complaint to the Department of Veterans Affairs Office of Inspector General (VA OIG) through its online hotline: VA OIG Hotline – Submit a Complaint

Respectfully,

**David Boire**

e: david_boire@rosen.senate.gov

JACKY ROSEN
U.S. SENATOR for NEVADA

[Quoted text hidden]