2:26-cv-03361-GMN-EJY

**AUTHORIZATION FOR COURIER DELIVERY U.S. DISTRICT COURT, DISTRICT OF NEVADA**

**DATE:** October 14, 2026

**TO:** Intake Clerk, U.S. District Court

**SUBJECT:** Authorization of Courier for Pro Se Filing and Fee Payment **PLAINTIFF:** Jeremy E. Daniels (Pro Se)

To the Clerk of the Court:

I, Jeremy E. Daniels, am a catastrophically disabled, homebound quadriplegic. Because of my physical limitations and current system access barriers, I am requiring a reasonable accommodation to submit my legal filings today.

I have explicitly authorized the bearer of this letter, **Joseph Dino Audino**, to act strictly as my physical courier.

He is authorized to execute the following two tasks on my behalf:

1. Physically deliver my original *pro se* filing (Petition for Writ of Mandamus and attached exhibits).
2. Submit my $405.00 civil filing fee in exact cash.

Mr. Audino is not an attorney, he is not representing me in any legal capacity, and he is not a party to this case. He is functioning solely as a courier/runner to deliver documents I have personally prepared and authorized.

Please process the enclosed $405.00 cash payment, docket the filing, and provide my courier with the official payment receipt and a file-stamped copy of the front page for my records.

Respectfully,

**Jeremy E. Daniels** Pro Se Litigant Henderson, NV 89074 jdaniels807@gmail.com

✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 14 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY