UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEREMY E. DANIELS,<br>Plaintiff,<br>v.<br>UNITED STATE OF AMERICA, SERCRETARY OF THE ARMY, and SECRETARY OF VETERANS AFFAIRS,<br>Defendants. | Case No. 2:26-cv-3361-GMN-EJY<br><br>**ORDER** |

Before the Court are Plaintiff's Petition for Writ of Mandamus (ECF No. 1) and Motion for Reasonable Accommodation Pursuant to the Americans With Disabilities Act (ECF No. 2). In his Motion Plaintiff makes clear that he is prepared to pay the $405 filing fee to commence an action but seeks to do so over the phone or through "secure electronic link coordinated with the Clerk's Office." ECF No. 2 at 2. Plaintiff, who has the ability to generate written documents through some means, is free to pay the $405 filing fee by mailing a check, money order or cash to the Clerk of Court, United States District Court for the District of Nevada, 333 Las Vegas Blvd. South, Las Vegas, NV 89101. Plaintiff must include with the mailing of payment the case number assigned to this matter (2:26-cv-03361-GMN-EJY). The Court has no means of accepting payment over the telephone or by electronic transfer.

With respect to filing electronically, Plaintiff must complete the consent form (attached to this Order) and mail the same to the Clerk of Court at the above address. Plaintiff may call the Clerk's Office at 702-464-5555 for additional assistance. Nonetheless, upon submitting the consent form to the Clerk of Court, Plaintiff must contact the Help Desk at 702-464-5555 to configure his electronic (CM/ECF) account. Upon configuring his CM/ECF account, Plaintiff may file and will receive all filings electronically.

Further, the Court advises that to the extent Plaintiff seeks to use the Administrative Procedures Act (the "APA") to compel the United States to correct documentation pertaining to his

retirement, such a claim as currently pleaded, if presented in a Complaint, would fail. The Writ of Mandamus, construed as a Complaint, does not demonstrate Plaintiff exhausted administrative remedies required under 5 U.S.C. § 704, which he must do before bringing his claim to court. *Great Old Broads for Wilderness v. Kimbell*, 709 F.3d 836, 846 (9th Cir. 2013) ("The APA requires that plaintiffs exhaust available administrative remedies before bringing grievances to federal court[.]") (citing 5 U.S.C. § 704); *Sung v. Doyle*, 988 F. Supp. 2d 1195, 1205 (D. Haw. 2013) (reiterating that "federal courts have jurisdiction under 5 U.S.C. § 702 of the APA to review decisions of the [Army Board for the Correction of Military Records]," and discussing administrative exhaustion requirement) (citation omitted). Thus, if Plaintiff chooses to file a Complaint, which the Court grants him the option of doing, his Complaint must demonstrate exhaustion of administrative remedies before can proceed in court.

Finally, with respect to the Privacy Act of 1974, Plaintiff does not state a claim as he asserts no actual damage arising from the violation alleged. *Doe v. Chao*, 540 U.S. 614 (2004) (the statute provides relief only to those who demonstrate "actual damages"). ECF No. 1 at 4. Instead, Plaintiff asks the Court to Order the Department of Veteran Affairs "to formally investigate and report the unencrypted Gmail data breach in accordance with federal privacy statutes" *Id*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Writ of Mandamus (ECF No. 1) is DENIED without prejudice to allow Plaintiff to commence this action through a Complaint.

IT IS FURTHER ORDERED that Plaintiff is granted leave to file a Complaint that complies with the Federal Rules of Civil Procedure requiring he (1) identify defendants who are not immune from suit and causes of action over which the Court has jurisdiction, and (2) state facts to support the claims asserted. Plaintiff must demonstrate exhaustion of his administrative remedies to proceed under the Administrative Procedures Act. If Plaintiff chooses to file an Amended Complaint, he must do so no later than **November 16, 2026**.

IT IS FURTHER ORDERED that the Clerk of Court is to send Plaintiff a copy of this Order together with the consent form for receipt of electronic filings and a blank copy of the form Complaint for a non-prisoner together with the instructions for completing the same.

IT IS FURTHER ORDERED that Plaintiff's Motion for Reasonable Accommodation (ECF No. 2) is GRANTED to the extent that he may pay the filing fee by mailing a check, money order, or even cash to the Clerk of Court at the address provided above.

Dated this 19th day of October, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE