UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEREMY E. DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATE OF AMERICA, SERCRETARY OF THE ARMY, SECRETARY OF VETERANS AFFAIRS, U.S. DEPARTMENT OF THE ARMY, U.S. DEPARTMENT OF VETERANS AFFAIRS<br><br>Defendants. | Case No. 2:26-cv-3361-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to (1) Vacate Pre-Service Screening Hold (ECF No. 27); (2) Correct Nature of Suit Code to 899 & Complete CM/ECF Access (ECF Nos. 6,8); (3) Issue Attached Summonses (Fed. R. Civ. P. 4(b)); and (4) Order U.S. Marshal Service as Disability Accommodation (Fed. R. Civ. P. 4(c)(3)). ECF No. 11. Plaintiff paid the filing fee in this matter; thus, his Amended Complaint is not subject to screening and there is no screening hold. The code assigned by the Clerk of Court will not be again disturbed. To the extent Plaintiff continues to have trouble activating his CM/ECF account, Plaintiff must contact the Help Desk at (702) 464-5555 to configure his account.

Turning to service of process, Federal Rule of Civil Procedure 4(i)(1)-(2) sets the procedure for serving the Defendants named in the Amended Complaint. The Court, in its discretion, orders the U.S. Marshal to deliver a copy of summonses and the Amended Complaint to the First Assistant United States Attorney for the District of Nevada or her designee. This completes the first requirement for serving the United States and its agencies under Fed. R. Civ. P. 4(1)(a). However, the remainder of service is appropriately accomplished through mail. Fed. R. Civ. P. 4(1)(B) ("send a copy of [the summons and complaint] by registered or certified mail to the Attorney General of the United States at Washington D.C.); Fed. R. Civ. P. 4(2) ("To serve a United States agency … or United States officer or employee sued only in an official capacity, a party must serve the United

States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.). The Court declines Plaintiff's request to have the U.S. Marshal prepare and mail service of process. The Court's review of case law within the District of Nevada demonstrates there is no precedent for requiring the Marshal Service to engage in this activity on Plaintiff's behalf under the circumstances presented. Plaintiff must follow the requirements of the identified Federal Rules and send summonses and the Amended Complaint through registered or certified mail to the Attorney General in Washington D.C. as well as the U.S. Departments and Secretaries named in the Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to (1) Vacate Pre-Service Screening Hold; (2) Correct Nature of Suit Code to 899 & Complete CM/ECF Access; (3) Issue Attached Summonses; and (4) Order U.S. Marshal Service as Disability Accommodation (ECF No. 11) is GRANTED in part and DENIED in part as stated in this Order.

IT IS FURTHER ORDERED that the Clerk of Court must issue summons to all Defendants.

IT IS FURTHER ORDERED that the Clerk of Court must send a copy of each Summons and five copies of Plaintiff's Amended Complaint (ECF No. 10), so that one copy of the Amended Complaint corresponds to each Defendant, to the U.S. Marshal for service collectively on the First Assistant United States Attorney for the District of Nevada or her designee.

IT IS FURTHER ORDERED that the U.S. Marshal **must** serve the First Assistant United States Attorney for the District of Nevada or her designee no later than **twenty-one (21)** days after receipt of the summonses and complaints.

IT IS FURTHER ORDERED that Plaintiff must complete service on Defendants by following Fed. R. Civ. P. 4(i)(1)(B) and Fed. R. Civ. P. 4(i)(2).

Dated this 18th day of November, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE